UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-CR-2660-BAS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| HAYKAZ MANSURYAN (1), | |
| Defendant. | |

On July 24, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of HAYKAZ MANSURYAN ("Defendant") in the following firearm and ammunition pursuant to Title 18, United States Code, Sections 1029(c)(1)(C) and 982(a)(2)(B):

1. Apple iPhone S, Model:A1634, Serial Number: 354951070536913;
2. Apple iPhone, Serial Number: 356168096012690;
3. Apple iPhone, Pro Max, Serial Number: 353899107480459, SIM 15677;
4. Apple iPhone, No SIM tray, seized as item number 412-2022-CE-000088-004;
5. Apple iPhone, Model A1661, Serial Number:355834080418331, SIM 80160;
6. Apple iPhone, Model A1549, Serial Number: 352021078695129 no sim;

7. Apple iPhone, Model: Pro, Serial Number: 353904108042215;
8. Apple iPhone, Shattered, No SIM, seized as item number 412-2022-CE-000088-008;
9. Apple iPhone, Model: S, Serial Number: 353257070261705; No Sim;
10. Apple iPhone, Model: A1778, Serial Number: 356387100040048, with SIM 2778570446;
11. Apple iPhone, Serial Number: 353096101829076, No Sim;
12. Samsung flip phone, Model: SM-B311V, Serial Number: A0000048A16902;
13. Rukit, Model: F-one, Serial Number: FONE1810011407;
14. Dell, Model: Inspirion 5675, Service Tag number 9FVSBM2;
15. Kingston DTSE9 32GB USB drive, seized as item number 412-2022-CE-000089-002;
16. ZTE, Model: Flip Phone- Z223, seized as item number 412-2022-CE-000091-001;
17. Apple iPhone 12ProMax, Serial Number: F2LDNMGJ0D41;
18. San Disk 4GB SDHC card, seized as item number 412-2022-CE-000094-001;
19. Apple iPhone 11 Promax, Serial Number:F2LCD1J9N70H;
20. Apple iPad in teal and pink case, seized as item number 412-2022-CE-000099-001;
21. Samsung Tablet, seized as item number 412-2022-CE-000103-001;
22. Samsung Tablet, Model:CE0168, Serial Number: R52K202AFJMl;
23. Sprint, Model:U600, Serial Number:SS2B170232;
24. Apple iPad Mini in brown case, seized as item number 412-2022-CE-000107-004;
25. Apple iPad, seized as item number 412-2022-CE-000107-005;
26. HP Laptop, Model: dm4-2015dx, Serial Number:CNU1330XKG;

27. Samsung Tablet, Model:SM-T113UD, Serial Number: R52KA06SGQH;

28. Apple iPhone 12 Pro Max, Serial Number: F2LDP7FN0D41, IMEI: 356716118873018 and IMEI (2): 356716118604199; and

For thirty (30) consecutive days ending on September 7, 2023, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited specific properties. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of HAYKAZ MANSURYAN and any and all third parties in the following specific properties is hereby condemned, forfeited and vested in the United States of America:

1. Apple iPhone S, Model:A1634, Serial Number: 354951070536913;
2. Apple iPhone, Serial Number: 356168096012690;
3. Apple iPhone, Pro Max, Serial Number: 353899107480459, SIM 15677;
4. Apple iPhone, No SIM tray, seized as item number 412-2022-CE-000088-004;

5. Apple iPhone, Model A1661, Serial Number:355834080418331, SIM 80160;
6. Apple iPhone, Model A1549, Serial Number: 352021078695129 no sim;
7. Apple iPhone, Model: Pro, Serial Number: 353904108042215;
8. Apple iPhone, Shattered, No SIM, seized as item number 412-2022-CE-000088-008;
9. Apple iPhone, Model: S, Serial Number: 353257070261705; No Sim;
10. Apple iPhone, Model: A1778, Serial Number: 356387100040048, with SIM 2778570446;
11. Apple iPhone, Serial Number: 353096101829076, No Sim;
12. Samsung flip phone, Model: SM-B311V, Serial Number: A0000048A16902;
13. Rukit, Model: F-one, Serial Number: FONE1810011407;
14. Dell, Model: Inspirion 5675, Service Tag number 9FVSBM2;
15. Kingston DTSE9 32GB USB drive, seized as item number 412-2022-CE-000089-002;
16. ZTE, Model: Flip Phone- Z223, seized as item number 412-2022-CE-000091-001;
17. Apple iPhone 12ProMax, Serial Number: F2LDNMGJ0D41;
18. San Disk 4GB SDHC card, seized as item number 412-2022-CE-000094-001;
19. Apple iPhone 11 Promax, Serial Number:F2LCD1J9N70H;
20. Apple iPad in teal and pink case, seized as item number 412-2022-CE-000099-001;
21. Samsung Tablet, seized as item number 412-2022-CE-000103-001;
22. Samsung Tablet, Model:CE0168, Serial Number: R52K202AFJMl;
23. Sprint, Model:U600, Serial Number:SS2B170232;
24. Apple iPad Mini in brown case, seized as item number 412-2022-CE-

000107-004;

25. Apple iPad, seized as item number 412-2022-CE-000107-005;

26. HP Laptop, Model: dm4-2015dx, Serial Number:CNU1330XKG;

27. Samsung Tablet, Model:SM-T113UD, Serial Number: R52KA06SGQH; and

28. Apple iPhone 12 Pro Max, Serial Number: F2LDP7FN0D41, IMEI: 356716118873018 and IMEI (2): 356716118604199.

IT IS FURTHER ORDERED that the United States Secret Service shall dispose of the forfeited specific properties according to law.

DATED: January 23, 2024

Hon. Cynthia Bashant
United States District Court Judge